**Order entered December 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01272-CR

**CODY ALLAN SRADER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80009-2015**

## ORDER

On November 10, 2015, the Court granted the motion of Craig Price to withdraw as appellant's attorney and ordered the trial court to appoint new counsel to represent appellant. We have received a loose copy of the trial court's order appointing Maria T. Tu to represent appellant. Accordingly, we **DIRECT** the Clerk to list Maria T. Tu to represent appellant on this appeal.

/s/     ADA BROWN
JUSTICE